UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| 5STAR LIFE INSURANCE CO., ARMED FORCES BENEFIT ASSOCIATION, and DIANE HAMMOND, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN HAMMOND, as Personal Representative of the Estate of Michael Hammond, and STEPHEN HAMMOND, in his Individual Capacity, <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:21-CV-271-BO** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on September 10, 2021 plaintiffs, their employees, agents, or affiliated companies were DISCHARGED from further liability relating to the Policy named in this action; defendants were ENJOINED from instituting or prosecuting any proceeding against plaintiffs, their employees, or affiliated companies relating to the Policy; and plaintiffs were DISMISSED from this action with prejudice.

IT IS FURTHER ORDERED, AND DECREED that Default Judgment is entered against Defendants Stephen Hammond, in individual capacity and as Personal Representative of the Estate of Michael Hammond. Plaintiff Diane Hammond is, therefore, entitled to receive the life insurance benefits at issue in this case.

**This Judgment Filed and Entered on March 16, 2022, and Copies To:**

| | |
|---|---|
| David Curry Dill | (via CM/ECF electronic notification) |
| John M. Kirby | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| March 16, 2022 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |