IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-271-BO

| | |
|---|---|
| DIANE HAMMOND,<br><br>        Plaintiff,<br><br>v.<br><br>STEPHEN HAMMOND, as Personal Representative of the Estate of Michael Hammond; and STEPHEN HAMMOND, in his individual capacity;<br><br>        Defendants. | ORDER |

This interpleader action is before the Court on plaintiff Diane Hammond's motion to disburse interpleaded funds. No response to the motion has been filed, and the time for doing so has expired.[1] Default judgment was entered against defendant Stephen Hammond on March 16, 2022. The motion for disbursement of the interpleaded funds [DE 23] is GRANTED.

Pursuant to the order awarding costs to the interpleader-plaintiffs 5Star Life Insurance Company and Armed Forces Benefit Association, [DE 14], the Clerk of Court is DIRECTED to disburse $402.00 payable to counsel for the interpleader-plaintiffs, Attorney David Dill with Nelson Mullins Riley & Scarborough, LLP, Greenville ONE, 2 W. Washington Street, Suite 400, Greenville, South Carolina 29601. The Clerk of Court is further DIRECTED to disburse the remaining principal, $400,253.37, together with interest accruing on deposit and less any administrative costs associated with the Court's deposit and retention of said funds, to counsel for

---

[1] The motion for disbursement was served on Hammond despite default judgment having been entered.

plaintiff Diane Hammond, Attorney John Kirby with the Law Offices of John M. Kirby, PLLC, 4801 Glenwood Avenue, Suite 200, Raleigh, North Carolina 27612.

SO ORDERED, this ___ day of July 2022.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE